■ ANGELA M. PASCALE, Respondent-Appellant, v JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant-Respondent. (Appeal No. 1.) [689 NYS2d 903] —Appeal and cross appeal unanimously dismissed without costs (*see, Loafin' Tree*

*Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeals from Order of Supreme Court, Erie County, Gorski, J.—Summary Judgment.) Present—Hayes, J. P., Wisner, Pigott, Jr., Scudder and Callahan, JJ.